# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

**BAP NO. MB 16-048**

Bankruptcy Case No. 14-11482-MSH
Bankruptcy Case No. 14-12116-MSH
(Substantively Consolidated)
Adversary Proceeding No. 15-01126-MSH

STEVEN PALLADINO and LORI PALLADINO,
and
VIKING FINANCIAL GROUP,
Debtors.

MARK G. DEGIACOMO, Chapter 7 Trustee of the Estates
of Steven and Lori Palladino, and Viking Financial Group,
Plaintiff-Appellant,

v.

SACRED HEART UNIVERSITY, INC.,
Defendant-Appellee.

### JUDGMENT OF DISMISSAL

The appellant, Mark G. DeGiacomo (the "Trustee"), filed, on August 15, 2016, a notice of appeal of the following: 1) the judgment entered on August 10, 2016; 2) the August 10, 2016 order denying the Trustee's Motion for Summary Judgment; 3) the August 10, 2016 order granting the Motion for Summary Judgment filed by Sacred Heart University, Inc.; and 4) the August 10, 2016 Memorandum of Decision on Cross Motions for Summary Judgment.

On August 18, 2016, the U.S. Bankruptcy Court for the District of Massachusetts issued its Certification for Direct Appeal to the U.S. Court of Appeals for the First Circuit pursuant to 28 U.S.C. § 158(d)(2)(A)(i), Fed. R. Bankr. P. 8006, and issued its Memorandum on Certification

for Direct Appeal, see <u>DeGiacomo v. Sacred Heart Univ., Inc. (In re Palladino)</u>, Adv. No. 15-1126, (Bankr. D. Mass. Aug. 18, 2016).

On April 3, 2017, the First Circuit granted the petition for authorization to take a direct appeal; therefore, the Panel will **DISMISS** this appeal without prejudice to the reopening of the appeal in the event that the First Circuit reconsiders the petition.

FOR THE PANEL:

Dated:  April 27, 2017            By:     /s/ Mary P. Sharon
                                          Mary P. Sharon, Clerk

[cc:  Hon. Melvin S. Hoffman, Clerk, U.S. Bankruptcy Court, District of Massachusetts; and Mark DeGiacomo, Esq., Taruna Garg, Esq., Jeffrey Hellman, Esq., Elizabeth Austin, Esq., Megan Carannante, Esq., Jonathan Kaplan, Esq.]